UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | |
| GWAREK, DONALD PAUL ) | Case Number: 25-10875; Greensboro |
| GWAREK, CHRISTINE ELIZABETH ) | |
| 265 KERNODLE RD ) | |
| GIBSONVILLE, NC  272490 ) | |
| ) | |
| xxx-xx-8965 ) | |
| xxx-xx-5588 ) | |
| ) | |
| Debtor(s) ) | |

## AFFIDAVIT REGARDING SERVICE OF NOTICE AND PLAN

I, Cathy R. Stroupe, certify that service of the Notice of Proposed Plan was made on December 16, 2025  by:

Sending the Plan by certified mail addressed to the following officer of the institution at the address set out below.

**Capital One Bank, N.A.**
**Attn: Officer**
**1680 Capital One Dr**
**McLean, VA  22102**

**Capital One Bank, N.A.**
**Attn: Officer**
**4851 Cox Road**
**Glen Allen, VA 23060**

and by Mail Service: Regular, First Class United States Mail, postage fully pre-paid, addressed to:

**Ford Motor Credit Company LLC**
**Attn:  Officer**
**One American Road**
**Dearborn, MI  48126**

**Service Finance Company LLC**
**Attn:  Officer**
**555 S. Federal Hwy, #200**
**Boca Raton, FL  33432**

Under penalty of perjury, I declare that the foregoing is true and correct.

This the 16th day of December, 2025.		Signed:   ___/s/ Cathy R. Stroupe_____
                                                                            Cathy R. Stroupe